# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING



10:21 am, 7/15/25

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| vs<br>KYLE O STUCKI<br>Defendant | Case Number   L:25-PO-00368-SAH-1 |

| | |
|---|---|
| Violation Charged  Improper food storage | Citation Number   (E1033783) |
| Date Violation Notice Issued   06/29/2025 | Place   WYNP |

### PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  9:00-9:30                               Interpreter  N/A

Date  July 15, 2025                           Interpreter Telephone  N/A

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear     Warrant issued on

☑ Appeared   ☑ By telephone

☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

☐ FPD   ☐ PANEL-CJA   ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to _____ at _____
reason:

☐ Bail is set at

☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:25-PO-00368-SAH-1

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made   ☐ orally   ☐ in writing

☑ Informed of charges and rights        Date  July 15, 2025
☑ Defendant arraigned                   Date  July 15, 2025
☑ Court accepts plea        Defendant enters ☑ Guilty          ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
    ☐ Not Guilty
    ☑ Guilty                    (E1033783)
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence      Date  July 15, 2025
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision      ☐ Without Supervision
☐ Special Conditions of Probation

☑ Fine          750.00          Payable to CVB by 08/15/2025
☐ Restitution                   To
☐ Community Service             To
☑ Special Assessment   10.00
☑ Processing fee: $    30.00
☑ Defendant advised of right to appeal
☑ Other  No written judgment to follow.